IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLARENCE THOMASON                                                                                     PLAINTIFF

v.                                    NO. 3:14-cv-00303 PSH

CAROLYN W. COLVIN, Acting Commissioner                                              DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Clarence Thomason. The final decision of the Acting Commissioner of the Social Security Administration is reversed, and this proceeding is remanded pursuant to "sentence four."

IT IS SO ORDERED this 7th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE