IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLARENCE THOMASON                                                                                  PLAINTIFF

v.                                       NO. 3:14-cv-00303 PSH

CAROLYN W. COLVIN, Acting Commissioner                                            DEFENDANT
of the Social Security Administration

ORDER

Plaintiff Clarence Thomason ("Thomason") has filed the pending motion for an award of attorney's fees. See Document 18. In the motion, he seeks attorney's fees totaling $5,752.85. The Acting Commissioner of the Social Security Administration has no objection to the amount of fees requested by Thomason.

The Court has reviewed Thomason's motion and finds nothing unreasonable about the hours of work performed or the hourly rate requested. The motion is granted, and attorney's fees totaling $5,752.85 are awarded to Thomason. Because the award belongs to Thomason, and not his attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury shall issue payment of this award by check made payable to Thomason, in care of his attorney, David Jerome Throesch ("Throesch"), and shall mail the check to Throesch at his Pocahontas, Arkansas, address.

IT IS SO ORDERED this 17th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE